**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

IN RE:

MDL Docket Number:
Master Docket Number District of New Jersey:
Case Number District of New Jersey: 1:23–cv–01232–CPO–EAP

NOTICE TO ALL COUNSEL:

On the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey: Davis et al v. Samsung Electronics America, Inc..

All communication regarding this litigation should be directed to the Camden, NJ Office. Judge Christine P. O'Hearn, has been assigned to this MDL case. His/Her address is 4th & Cooper Street, Camden, NJ 08101. His/Her Courtroom Deputy is HALEY MINIX and can be reached at 856–757–5767.

The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov and specifically, the ECF Policies and Procedures therein to obtain information on becoming an Electronic Filing User in the District of New Jersey. We refer you to the ECF Policies and Procedures which can be found on the Court's website.

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website. Another helpful resource is the New Jersey Federal Practice Rules by Gann Law Books.

                                                                        Very truly yours,

                                                                        CLERK OF COURT
                                                                        By Deputy Clerk, ssp